# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BIG GREEN GROUP, LLC, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-11500 (JMV)(JBC)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the foregoing reasons, and for good cause shown,

IT IS on this 30th day of November 2020,

**ORDERED** that Plaintiffs' motion for default judgment, D.E. 9, is **DENIED** without prejudice; and it is further

**ORDERED** that Plaintiffs are granted leave to re-serve Defendants within ninety (90) days pursuant to the Federal Rules of Civil Procedure. If Plaintiffs do not properly re-serve Defendants within ninety (90) days and file proof of service on the docket within ninety-five (95) days from receipt of this Order, Plaintiffs' motion for default judgment will be dismissed with prejudice.

_____
John Michael Vazquez, U.S.D.J.