UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BIG GREEN GROUP, LLC, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-11500 (JMV)(JBC) <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the foregoing reasons, and for good cause shown,

IT IS on this 8th day of October, 2021,

**ORDERED** that Plaintiffs' motion for default judgment, D.E. 24, is **DENIED** without prejudice; and it is further

**ORDERED** that Plaintiffs are granted leave to re-serve Defendants within ninety (90) days pursuant to the Federal Rules of Civil Procedure. If Plaintiffs do not properly re-serve Defendants within ninety (90) days and file proof of service on the docket within ninety-five (95) days from receipt of this Order, Plaintiffs' motion for default judgment will be denied with prejudice.

_____
John Michael Vazquez, U.S.D.J.